UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RAYMOND STROMINGER, )
)
        Plaintiff, )
vs. ) 2:10-cv-326-WTL-DML
)
DR. TALENS, )
)
        Defendant. )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is dismissed without prejudice.

Date: 01/20/2011

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Raymond Strominger
160814-B701
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. Box 1111
Carlisle, IN 47838-1111